UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-286 |
| : | Chief Judge Beryl A. Howell |
| GRADY DOUGLAS OWENS and : | |
| JASON DOUGLAS OWENS : | |
| : | |
| Defendants. : | |

## JOINT STATUS REPORT

The United States, by and through the United States Attorney, hereby submits this joint status report, pursuant to this Court's minute order of May 19, 2022. The Government states as follows:

### FACTUAL BACKGROUND AND CURRENT CASE STATUS

As this Court is aware, Defendants in this case are charged via indictment with felony and misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021, including violations of 18 U.S.C. § 231(a)(3), Obstruction of Law Enforcement During Civil Disorder; 18 U.S.C § 111(a)(1) and (b), Assaulting, Resisting, or Impeding Certain Officers or Employees (with physical contact and/or a dangerous weapon); 18 U.S.C. § 1752(a)(1), (2), and (4), Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Knowingly Committing an Act of Physical Violence in any Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D) and (F), Violent Entry and Disorderly Conduct in the Capitol Grounds or Buildings and engaging in an Act of Physical Violence in the Capitol Grounds or Buildings.

To date, the Government has provided the majority of the most relevant individualized discovery to defense counsel. The Government is also continuing to provide global discovery in

the form of evidence from other charged defendants' devices, social media accounts, and other sources which have not yet been identified or examined. The Government extended a plea offer to Jason Owens on March 14, 2022.  The Government extended a plea offer to Grady Owens on March 17, 2022. Both defendants had until July 1, 2022 to accept or reject the offers.

      Both defense attorneys reached out to Government counsel to discuss the plea offers. Counsel for Grady Owens has extended a counteroffer and the Government and his counsel are attempting to compromise on the terms.  Counsel for Jason Owens has indicated he plans to provide information this week from an expert related to a health condition that he may argue should impact the terms of Government's plea offer. In light of these continued negotiations, the Government has extended the deadline for the Defendants to accept or reject each of their offers until August 8, 2022. Should the parties be unable to reach resolution, they will thereafter inform the Court of three proposed available dates and will begin preparing for trial.

      Government's counsel discussed the content of this joint status report with counsel for each Defendant, and they join on behalf of each of their clients.

      The parties will be prepared to discuss any additional questions or concerns that the Court may have at the status conference currently scheduled for July 8, 2022 at 9:30 a.m.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


By: /s/ *Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney - Detailed
United States Attorney's Office
203 3rd Street, Suite 900
Albuquerque, New Mexico 87102
Tel. No. 505-350-6818
Email: jennifer.m.rozzoni@usdoj.gov