IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-CR-00286 |
| ) | |
| JASON DOUGLAS OWENS ) | |
| ) | |
| *Defendant.* ) | |

## MOTION FOR ADMISSION OF ATTORNEY JAMES "JEEP" DARNELL TO APPEAR PRO HAC VICE

James "JEEP" Darnell hereby applies for permission to appear and participate as counsel for Defendant Jason Douglas Owens in the above-entitled matter pursuant to LCrR 44.l(c) and *(d)* of the Local Rules for the United States District Court for the District of Columbia. James "JEEP" Darnell is a member in good standing of the State Bar of Texas and the New Mexico Bar. In addition, he is a member of: USDC District of New Mexico, USDC Western District of Texas, USDC Eastern District of Wisconsin, and US Court of Appeals – 5th Circuit. The grounds for this application are set forth in the attached Declaration in Support of Motion for Admission of Attorney Jim Darnell. to Appear *Pro Hac Vice.*

The undersigned, CHRISTOPHER MUTIMER, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 15th day of August, 2022.

1

Respectfully submitted,

SCROFANO LAW PC

/S/
_____

**BY:**     **CHRISTOPHER MUTIMER**
D.C. Bar No.: 1011284
600 F STREET NW
SUITE 300
WASHINGTON, DC 20001
202-670-2390
cjm@scrofanolaw.com
On Behalf of James "JEEP" Darnell
TX State Bar No. 24075845
NM State Bar No. 143950
*(pro hac vice* application pending)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 1:21-CR-00286 |
| | ) |
| JASON DOUGLAS OWENS | ) |
| | ) |
|     *Defendant.* | ) |

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JAMES "JEEP" DARNELL**
**TO APPEAR PRO HAC VICE**

Having reviewed the *Motion For Admission Of Attorney James "JEEP" Darnell to Appear Pro Hac Vice,* the Court finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that JAMES "JEEP" DARNELL is admitted to practice before this Court for the limited purpose of appearing in this case as attorney for Defendant JASON DOUGLAS OWENS.

IT IS SO ORDERED this ____ day of _____ , 2022.

 

                                                              G. MICHAEL HARVEY
                                                              United States Magistrate Judge