IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | Case No. 1:21-CR-00286 |
| § | |
| **JASON DOUGLAS OWENS,** § | |
| § | |
| **Defendant.** § | |
| § | |

**NOTICE OF APPEARANCE *PRO HAC VICE***

COMES NOW James "Jeep" Darnell, Jr. and enters his appearance *pro hac vice* as co-counsel for Defendant.

Respectfully submitted,

**JIM DARNELL, P.C.**
310 N. Mesa, Suite 212
El Paso, Texas 79901
Phone: (915)532-2442
Fax:   (915)532-4549


By: /s/ Jeep Darnell
　　**Jeep Darnell**
　　Jedarnell@jdarnell.com
　　TX State Bar No. 24075845
　　NM State Bar No. 143950

Co-counsel for Jason Owens

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2022, a true and correct copy of the foregoing instrument has been filed with the Clerk of this Court using the CM/ECF system which will automatically send notification of such filing to the United States Attorney's Office.

/s/Jeep Darnell
Jeep Darnell