```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
v.                               )   Case No. 1:21cr286
                                 )
JASON DOUGLAS OWENS,             )
                                 )
        Defendant.               )
                                 )
```

### JASON OWENS' POSITION REGARDING VIDEO EVIDENCE

TO THE HONORABLE BERYL A. HOWELL, CHIEF U.S. DISTRICT JUDGE:

    Comes now the Defendant, JASON DOUGLAS OWENS, by and through his attorney of record, and states that the video evidence described in his Statement of Offense may be made publicly available without restriction.

    Respectfully submitted,

JIM DARNELL, P.C.
310 N. Mesa, Suite 212
El Paso, TX  79901
Phone: (915)532-2442
Fax:   (915)532-4549

By: /s/Jim Darnell
    Jim Darnell
    jdarnell@jdarnell.com
    TX State Bar No. 05391250
    NM State Bar No. 148187

Attorney for Defendant

<u>Certificate of Service</u>

    I hereby certify that on this 9th day of November, 2022, a true and correct copy of the foregoing instrument has been filed with the Clerk of this Court using the CM/ECF system which will automatically send notification of such filing to the United States Attorney's Office and to all parties registered for service herein.

<u>/s/Jim Darnell</u>
Jim Darnell

101##.lad