IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-286 (BAH) |
| | : | |
| v. | : | 18 U.S.C. § 111(a) |
| | : | |
| JASON DOUGLAS OWENS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, JASON OWENS, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### The Attack at the U.S. Capitol on January 6, 2021

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session,

Page 1 of 7

elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol,

including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

***Jason Douglas Owens' Participation in the January 6, 2021, Capitol Riot***

8. The defendant, JASON OWENS, lives in Blanco, Texas. On January 5, 2021, defendant traveled from San Antonio, Texas to Washington, D.C., via plane with his son, Grady Owens. The purpose of the defendant's trip to Washington, D.C., was to attend the "Stop the Steal" rally put on by then-President Donald Trump.

9. On January 6, defendant attended the "Stop the Steal" rally and then marched with other protestors to the Capitol building.

10. At about 2:00 PM, defendant was on the west lawn area of the Capitol grounds with Grady Owens. A group of Metropolitan Police Department ("MPD") officers on their way to the Lower West Terrace of the building walked through the crowd. As the officers walked by, there was a physical confrontation between members of the crowd and some of the officers. Jason Owens did not see what, if anything, occurred between Grady Owens and the officers when the confrontation began.

11. Thereafter, a skirmish erupted between other officers in the group and protestors. This skirmish resulted in assaults on other officers. JASON OWENS shoved MPD Officer N.D. hard enough to cause his head to snap back.

12. JASON OWENS and Grady Owens continued to yell and point at the officers after the assault.

13. JASON OWENS and Grady Owens then made their way to the east side of the Capitol. Around 3:25 PM JASON OWENS and Grady Owens were part of a crowd that attempted to push their way into the East Rotunda doors without success. At approximately 3:29 PM, JASON OWENS tried to grab United States Capitol Officer M.B.. JASON OWENS then blocked the door from being closed. Officer M.B. exited the door and moved toward JASON OWENS who then grabbed Officer M.B.'s baton. The two pushed back and forth for a short period of time before Officer M.B. was able to push JASON OWENS away.

14. When JASON OWENS was interviewed by law enforcement during the execution of a search warrant at his home in Blanco, Texas, JASON OWENS admitted to traveling to Washington, D.C. for the January 6, 2022 rally. He denied engaging in any violent behavior at the Capitol.

### *Elements of the Offense*

15. JASON OWENS knowingly and voluntarily admits to all the elements of assault on a federal officer involving physical contact. Specifically, defendant admits that he forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of their official duties. Specifically, the defendant admits that he pushed Metropolitan Police Department Officer Noah Ducket while he was assisting the United States Capitol Police. The defendant further admits that he knew at that time of the assault of the officer that the officer was engaged in the performance of his official duties.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
Assistant United States Attorney, detailee
NM Bar No. 14703
201 3rd Street, Suite 900
Albuquerque, NM 87102

(505) 350-6818
Jennifer.M.Rozzoni@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, JASON DOUGLAS OWENS, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/8/2022

JASON DOUGLAS OWENS
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/8/22

JIM DARNELL
Attorney for Defendant