IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 1:21cr286 |
| JASON DOUGLAS OWENS, | ) ) ) |
| Defendant. | ) ) |

## JASON OWENS' RESPONSE TO PRESENTENCE REPORT

TO THE HONORABLE BERYL A. HOWELL, CHIEF U.S. DISTRICT JUDGE:

   Comes now the Defendant, JASON DOUGLAS OWENS, by and through his attorney of record, and provides the attached response to the draft Presentence Investigation Report.

                              Respectfully submitted,

                              JIM DARNELL, P.C.
                              310 N. Mesa, Suite 212
                              El Paso, TX  79901
                              Phone: (915)532-2442
                              Fax:   (915)532-4549

                              By: /s/Jim Darnell
                                  Jim Darnell
                                  jdarnell@jdarnell.com
                                  TX State Bar No. 05391250
                                  NM State Bar No. 148187

                              Attorney for Defendant

<u>Certificate of Service</u>

    I hereby certify that on this 10th day of January, 2023, a true and correct copy of the foregoing instrument has been filed with the Clerk of this Court using the CM/ECF system which will automatically send notification of such filing to the United States Attorney's Office and to all parties registered for service herein.

<u>/s/Jim Darnell</u>
Jim Darnell

10216.lad

**BERYL A. HOWELL, CHIEF UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 0090 1:21CR00286-002 |
| vs. | : | Disclosure Date: <u>December 27, 2022</u> |
| Owens, Jason | : | |

## PARTIES OBLIGATION AND RESPONSE TO PRESENTENCE REPORT

Pursuant to Fed. Rules of Crim. Proc. Rule 32(f)(1) and (2), the parties shall submit any material inaccuracies or disputes to the presentence investigation report (PSR), by **January 10, 2023** This form and/or objections to the PSR shall be filed via CM/ECF.

Note: The probation office never includes information about 18 USC § 3553(e) or USSG § 5K1.1, pursuant to Rule 32(c)(3).

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSR.

### For the Defendant

(CHECK APPROPRIATE BOX)

(✓)   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSR.

### Restrictions on Use and Redisclosure of Presentence Report

The presentence investigation report and this form are not public documents.

It is the policy of the federal judiciary and the Department of Justice that further redisclosure of the presentence investigation report is prohibited without the consent of the sentencing judge.