EXHIBIT 7

The Honorable Beryl. A Howell
United States District Court
333 Constitution Avenue, N.W. Washington,
D.C. 20001

Dear Judge Howell,

I'm writing this letter to share with you the kind of man my husband and life long partner Jason Owens is.  We met just a few weeks after my 20th birthday we are now getting ready to share 25 years together. When I met Jason I was immediately drawn to his gentle spirit and his zeal for life.  He is a very compassionate and patient man. He has always been that way since the day I met him.



Jason is one of the most loyal and humble human beings I know.  He's helped me through some of the darkest times of my life. He's been a contributor to my healing from a childhood trauma and depression.  He has been patient over the years and has loved me unconditionally.  When we were hit with the news that we would likely never be able to get pregnant after Grady was born he quickly opened his heart to adoption which came with challenges for sure.  Throughout the years Jason has remained a present, steadfast, loyal and loving father to them.  He has always played an active role in each of our kids lives and they all love him dearly and look up to him.  He is a show up Dad.  He's alway at their events weather it was Basketball, band, track, football, FFA learning how to raise hogs together, Music, Cheer etc.  he is always there. He's been there for countless therapy sessions and teacher meetings with our adopted kids.   Over the years He has always been an excellent provider to us and we've never had to worry about our provisions.  When Grady was born I was blessed with the ability to stay home and raise our children and not work. I was blessed to be able to do that for 20 years. I will forever be grateful for the many years that I was given to be a present and available mother to our children all because Jason was our provider..

I would define Jason as a generous giver. He has always given of his time, money and resources when its within his power. I've witness to many times to count him helping a homeless person, filling a strangers car up with gas because they were down and out getting their need met and then praying with them to give them some hope.  Over the years he's lead us to commit to sponsoring and providing for two different children in Africa. Our first child Jonas, was sponsored for 10 years until he came to adult age and the past 6 years we've sponsored a young lady named Faith who shares the same birthday as our youngest adopted daughter.  In the past two years He has supported financially and with donations of our resources for refugees in Mexico and has contributed to the building of a refugee center on the border.

Jason has always strived to be the best at his job.  He knew exactly what he wanted to be when he graduated college.  It was always his desire to be in the Pharmaceutical industry and help people. Which he did for 25 years.   He was a very successful employee and has always had excellent relationships with his coworkers.  He was always great at creating a healthy work and family balance. Over his career he has been in many roles from sales to becoming a Director of National Accounts. The early years were selling cough and cold medications. Then he working in Nursing homes selling

appetite stimulators for the elderly. From there he worked in Diabetes care and device sales and education with two different companies Medtronic and Dexcom. For Medtronic he sold Insulin pumps which he has also worn for for his Type 1 diabetes for 25 years. He also worked for Dexcom, a company that sells and educates patients on continuous blood glucose monitoring systems which he also wears to help control his blood sugars. Finally he moved on to Ikaria in 2009. There he sold inhaled nitric oxide a gas that helps develop Premature babies lungs when they are born too early and can't survive on their own. He spent much time in Neonatal ICU over the years and felt he was truly making a difference. The Ikaria company was bought by Mallinckrodt and Ikaria became a division of said company. Jason remained employed with the new company buy out and continued there until last June when he lost his job due to the situation we have found ourselves in.

I give all of these details because I feel it is incredibly important to know and have context. Jason is a man of great integrity, his normal character and personality is extremely humble and his temper is quite calm. I don't believe His actions on January 6th were a true reflection of him or who he truly is. I believe he was experiencing a different kind of internal battle that was beyond his control due to his Diabetes. Over the past two years he has struggled with intense regret for having made the decision to travel D.C. The trip that he thought would be a bonding experience with his son turned out to be quite life changing, devastating and not at all what they planned. That day has changed all of our lives forever. Jason didn't go D.C. planning to be an active participant in the horrific acts that happened that day. It was his desire to spend time with his son, see sights in D.C. and pray at the three branches of Government. He takes complete responsibility for his decision to go there and feels like he has ruined his sons life who would never have even been there if he hadn't suggested going. He feels completely responsible and takes responsibility even though he doesn't fully remember all of the details of his actions that day. ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████ He has humbled himself to his son and apologized to him and to me. He has apologized to our Family as we've all been affected by this. Me Forgiving him has been easy simply because I know that it was not his true self. Living with the consequence of that day has been a much bigger challenge but we will never lose hope to one day be able to pick up the pieces and figure out how to move forward in a positive and productive way learning from mistakes were made.

I pray you take into consideration all of the facts about Jason and his true character when deciding his fate.

Sincerely,

Shannon Owens

**Jim Darnell**

| | |
|---|---|
| **From:** | molly smith <mollysmi221@gmail.com> |
| **Sent:** | Thursday, January 5, 2023 6:17 AM |
| **To:** | Jim Darnell |
| **Subject:** | Jason Owens character letter |
| **Attachments:** | jason owens.docx |

01/04/2023

The Honorable Beryl A. Howell Chief Judge
United States District Court 333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Jason Owens, 21-cr-00286-BAH
Sentencing February 24, 2023

Dear Chief Judge Howell,

I am writing this letter on behalf of my former colleague, Jason Owens, hoping it will help you know what an upstanding, easy-going and kind person Jason was to work alongside.

I first met Jason in 2016 when I was hired at Mallinckrodt (MNK) to be a hospital sales representative. Jason and I worked as a team to ensure hospitals would continue contracting with MNK for their nitric oxide business. I was the local manager – sort of the "boots on the ground" who would contribute information needed to extend an appropriate renewal. Jason was the numbers guy who crafted and presented contract renewals. He was a life saver when I was new – helping me understand the business, interpret the contracts and initially introduced me to key decision makers at my accounts. I recall a time when I was new that I sent out an email to the C-suite people at a hospital whose contract was up for renewal. I detailed confidential information only to realize I sent the email to multiple people at the wrong hospital. Of course I had copied Jason and was mortified when I realized what I had done. Jason was so reassuring, patient and minimized my mistake as something that could happen to anyone. I appreciated so much him not making a big deal and thus not making me feel worse than I already did. Jason continued to mentor me for the next 5 years as there was so much to learn. He always was complimentary, kind and reassuring; something for which I am still grateful.

Lastly, I will share with you a story that shows Jason's character and compassion. My husband was diagnosed with terminal cancer in July 2022. Jason was no longer my colleague at this time and was dealing with unemployment and a host of other personal issues yet he continually reached out to me to offer support and let me know his family was praying for mine. When my husband passed away this December, Jason again reached out with love and support and shared an uplifting song meant to provide peace and encouragement. When someone is in a battle of their own and still makes time to reach out and encourage others, that shows selflessness and character in my book.

My sincere hope is that you take from these examples an understanding that Jason is a good person and one whom I am fortunate was my colleague and forever my friend.

Respectfully,
Molly Smith

**Jim Darnell**

| | |
|---|---|
| **From:** | Caruso, Kristine Marie <kmc2009@mavs.uta.edu> |
| **Sent:** | Friday, March 24, 2023 9:46 AM |
| **To:** | Jim Darnell |
| **Subject:** | LetterJasonOwens |
| **Attachments:** | LetterJasonOwens.pdf |

The Honorable Beryl A. Howell, Chief Judge
United States District Court 333 Constitution Avenue, N.W.
Washington, D.C. 20001
Re: Jason Douglas Owens, 21-cr-00286-BAH, Sentencing
February 24, 2023

Chief Judge Howell:

Thank you for accepting this letter regarding my impression of Jason Owens. As a co-worker for the past 13 years, I met Jason when Ikaria hired us in 2009. Jason and I were part of the division with inhaled nitric oxide, a medication that helps fragile neonates improve their use of oxygen. As a registered nurse and the mother of a NICU baby, I recognized that Jason always strived to help our customers to have the resources to take care of the sickest patients. In addition, he has a strong work ethic and was always a team player.

I also acknowledge that he has a good heart regarding his own family. He always speaks highly of his wife, Shannon, and her dedication to educating the children and partnering with him to provide a loving home.
Jason and Shannon built a life and family through hard work and Christian values. Despite having their own children, they adopted children as well--children with unmet emotional needs. They attend church, sing with the choir, and strive to overcome obstacles like all parents with the best intentions. When my 7 year-old was battling cancer, Jason was a supportive friend who understood the challenges of medically needy children and the fortitude it takes to selflessly care 24/7/365.

My heart breaks for Jason and his family during this time. I cannot imagine being the breadwinner and medical insurance provider, having a chronic health problem, and no longer being able to support myself or my family. Jason has type 1 diabetes and has never complained. He wore an insulin pump and controlled his weight and diet to optimize his health. Honestly, I am unsure how he manages his medical needs since he lost his job. I imagine this family struggling as they use their life savings to survive. When a person regrets a decision and is remorseful, I believe in redemption. Good people learn from mistakes and make amends.

Thank you for taking into consideration that Jason is a man of integrity who is dedicated to his family and his faith.

Kind regards,

Kristine Caruso, RN

January 13, 2023

To: The Honorable Beryl A. Howell Chief Judge
United States District Court
333 Constitution Avenue, N.W. Washington, D.C. 20001

Re: *Jason Douglas Owens, 21-cr-00286-BAH, Sentencing*

Dear Chief Judge Howell:

My name is Todd Trammell and Jason Owens is one of my best friends in life.  We live in the same small town of Blanco, Texas, near Austin. I'm 54 years old and have lived in central Texas my entire life, having earned degrees in engineering and business from the University of Texas and having worked in the semiconductor industry for the last 30+ years doing various roles.  I've had the privilege to work for some awesome Fortune 500 companies such as Intel, Motorola, Broadcom, Digital Equipment, and others, and have been able to travel extensively, including hundreds of business trips across North America, Western Europe, China, Taiwan, Japan, Korea and various other parts of Asia. Due to this, I've been exposed to many different cultures, types of people, and personalities. I am a law-respecting and abiding citizen and have never had any issues legally nor with law enforcement (just a seldom traffic violation).

The purpose of this letter is to provide you with my perspective on the person and character of Jason Owens. I've known Jason and the Owens family for approximately 7 years, having met them at a local church.   From the moment I met the Owens, I could see they were a very special family as they faithfully served in the music ministry of the church week-in and week-out.  Jason was usually working behind the scenes helping with the audio and multimedia functions, while his wife Shannon sang, and son Grady played guitar and drums.  They still serve in the music ministry to this day, and serve faithfully with all their hearts at our small Methodist church in Blanco.   It is a tremendous sacrifice of time and effort for them, yet they constantly prioritize it.

Without a doubt one of the things I admire most about Jason is that he and Shannon have done one of life's most selfless acts:  adoption.  I would make the case it is the most selfless act behind giving one's life for another.   The Owens adopted not once, but THREE times.  In all three cases, they stepped up and offered children from "difficult" backgrounds an amazing, safe, loving home.  I've watched and experienced first hand how they treat and provide for all three children, Max (20), Nixon (18), and their youngest daughter (6), just the same as they do for their two biological sons. Max and Nixon were adopted as toddlers from an orphanage in the depressing region of Chelyabinsk, Russia, and even though their government's "process" was very chaotic and ended up requiring Jason and Shannon stay for over a month, they saw it through and brought them "home".  █████████████████████████████████████████████████████████████████████████ █████████████████████████████████.  This provided massive additional challenges for the Owens family throughout Max and Nixon's childhoods, yet the Owens have always remained faithful and loving, never giving up on Max or Nixon.  Their youngest daughter was adopted immediately after birth, and she is a beautiful multi-racial bundle of energy and joy.   Statistically very few people are willing to make this kind of

loving sacrifice and commitment even once (~ 2-3% of American families adopt one child).  Jason adores and pours into each of his children, and anyone can easily see the love is mutual.
As a husband, Jason cherishes his lovely wife Shannon and is very supportive of her many talents and interests (music, interior design, crafts, etc.).  In addition to being encouraging, Jason does more than his "fair share" around the home, whether it's cleaning, grilling, putting kids to bed, transporting kids to activities, or doing outdoor chores. I noticed he did this even while working full-time as a very successful sales person for a major pharmaceutical company.   The Owens' marriage is a great example to us all of give and take and teamwork.

If I had to sum up my view of Jason's goal in life, it would be to love others and to glorify God. Jason is undoubtedly a very special person - kind, gracious, and generous - constantly putting others' needs ahead of his own.  One clear way this is demonstrated is through the Owens' home:  a place other people love visiting because one always feels welcome and loved.  The Owens open their home constantly to visitors and almost always provide great food and companionship along with it. Their children are always bringing over other kids who thrive on the love they experience.  As father and husband in the home, Jason sets the tone for this caring, warm environment.

As a friend Jason is extremely loyal and supportive…the type of person I know I can call in the middle of the night with any problem and he'd drop everything and head over to help if needed. They say you can only count your "true friends" on one hand especially the older you get…for me Jason is clearly "on my hand."   Another thing I deeply admire about Jason is how he does not allow his diabetes to hold him back.  Though he's battled it since his early teenage years and it does present ongoing challenges for him as he constantly must be aware of his diet and blood sugar levels, I've never seen him use it as a crutch, and in fact he does his best to live life to the fullest.

In summary, I'd like to state that I know without any doubt Jason did not and does not wish to harm anyone, and to the contrary, his goal in life is to love and serve others and make a lasting difference. I know for a fact that Jason's primary goal in going up to D.C. back in early January of 2021 was to visit and pray for various government institutions, such as the Supreme Court, US Congress, and the White House.  As we all know, the nation had gone through a lot of turmoil in 2020 with Covid-19 and division over politics and racial issues.  I know prayer was Jason's intent because he had tried multiple times to convince me to go along with him to pray, however I could not since it was during the middle of the week and I had just used a lot of vacation over the recent holidays.

I hope and pray you will give him the most lenient sentence possible, and I ask that you would please strongly consider my perspective, and know that I am more than willing to jump on a video/phone call or plane to reiterate any of this under oath at any time to anyone if helpful.


Respectfully,

Todd A Trammell
512-289-4070
toddtrammell@yahoo.com
306 Anns Way, Blanco, TX 78606

The Honorable Beryl A. Howell Chief Judge

United States District Court 333 Constitution Avenue, N.W.

Washington, D.C. 20001


Re: Jason Douglas Owens, 21-cr-00286-BAH, Sentencing February 24, 2023


Dear Chief Judge Howell:

This letter is to testify to the character of Jason Douglas Owens.  I have known and been very close with the Owen's family since they moved to Blanco Texas over ten years ago.  His oldest son was in the same grade as my oldest son, and his youngest son is in the same grade as my youngest son.

I am a 5th generation Texan, with deep roots in our small town.  My circle of friends are all great citizens of our town, state, and country.   My wife of 23 years and I consider the Owens family one of our closest friends and a family to look up to.  They have adopted and are raising three children in additional to their two biological children.   I can't imagine a more selfless act of kindness, compassion, and dedication.

Over the years we have gone on cruises, camping trips, vacations, and other family outings with Jason and his family.  We have shared many meals and helped each other on many home projects over the years.  We have also worked side by side on community support activities such as leading the local Boy Scout Troop, Community Clean Up, Men's Retreats, Father-Son retreats, aiding local families during times of need, etc.

Jason is extremely dedicated to his family, community, church, and country.   Until the January 6th issue, I have never known Jason to get as much as a traffic ticket.  He is a law abiding, tax paying, perfect example of a US citizen that contributes to the betterment of everyone around him.  The fact that he is facing jail time is beyond belief.  With all the time that I have spent with Jason, I have never seen him mad, aggressive, or disrespectful.

I pray that you consider the complete life that Jason has lived as a model citizen and sentence him accordingly and allow him to continue his life taking care of his family, friends and community.


Sincerely,

Larry Kuebel  Digitally signed by Larry Kuebel
              Date: 2023.06.08 21:10:57 -05'00'

Larry Kuebel

**Jim Darnell**

| | |
|---|---|
| **From:** | DARRELL BREAUX <dbreaux19@comcast.net> |
| **Sent:** | Saturday, January 14, 2023 10:43 AM |
| **To:** | Jim Darnell |
| **Subject:** | Jason Douglas Owens, 21-cr-00286-BAH |

The Honorable Beryl A. Howell Chief Judge
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Dear Chief Judge Howell,

Thank you for the opportunity to provide some personal reflection about Jason Douglas Owens. I am a co-worker and more importantly, a long time friend of Jason. We have been friends/co-workers for over 15 years, so I feel I know him from both a personal and business perspective. The most important comments have to do with my friendship with him; no doubt, he was an outstanding professional to work with side by side.

I first met Jason back in 2007 when he joined our organization and I was his trainer. His learning curve for the products we had was rapid and he put his heart into being one of the top representatives in our sales force. This eventually led him to a promotion within our organization. Jason is a man who wants to excel at whatever he sets his mind to. This behavior of wanting to be the best at what he does has roots in his strong Christian background. He applies these beliefs to his daily life and his personality reflects this in his interactions with people.

Perhaps this next bit of information will lend itself to my statement. In 2010, after 27 years, my marriage was falling apart. Jason sensed there was something wrong and we began to talk about all of the circumstances surrounding this unfortunate event. He listened to my grief, he explained from his Christian ideals to trust in our Lord, pray about it and things would work out. We prayed together, asking our Lord to give me some understanding of what was happening and why. His words, his time, his listening to me helped me to move forward with an understanding that there was a greater plan waiting for me. "Trust in the Lord, our God" were words I distinctly remember him saying to me. Jason was someone who cared enough to listen but to also speak to a greater understanding of events that were happening in my life. His words gave me strength to face the next days and weeks ahead.

This is but one example of the positive influence he has had on my life. He and his family are very active in their church community, providing wisdom and direction to those who may be lost and without Christ. This is the core of his life: believing that when we turn to Christ we can find answers to our most troubling thoughts and emotions. He helped me find direction and answers at one of the most difficult times in my life. Throughout our friendship he has reflected on his strength and belief that God will make all things understandable and more importantly, better. Throughout the years, has told me to leave my troubles, fears and concerns at the foot of the Cross. That has made me a better man and a better Christian. I know Jason has learned from the decisions he has made, and he too, is a better man for that.

I respectfully ask that you consider the words I have written here. They reflect on the amiable nature that I have witnessed in Jason and I hope and pray that you give my comments fair consideration.

Respectfully,

Darrell Breaux

**Jim Darnell**

| | |
|---|---|
| **From:** | Joel Bezinque <joel@rhoadesoc.com> |
| **Sent:** | Monday, January 16, 2023 12:38 PM |
| **To:** | Jim Darnell |
| **Subject:** | Letter for Jason Owens |
| **Attachments:** | Letter for Jason Owens.pdf |

Attached.

--
Best Regards,

**Joel Bezinque, Managing Member**
Rhoades Oil Company, LLC
(432) 978-9833
Joel@RhoadesOC.com

Rhoades Oil Company

Monday, January 16, 2023

The Honorable Beryl A. Howell Chief Judge
United States District Court 333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Jason Douglas Owens, 21-cr-00286-BAH, Sentencing February 24, 2023 Dear Chief Judge Howell:**

Dear Chief Judge Howell:

I met Jason not long after I moved to Blanco, Texas in 2017.  My wife and I were married September of that year and she has 2 kids from a previous marriage.  Life with a wife and two kids was much different than my "bachelor years" and it certainly took some growing up and adjustment on my part.  After Jason and I had established a friendship, he was one that I could talk to and he always offered sound advice and pushed my wife and I closer together.  In every instance that I have been around him, from local football games to hanging out with he and Shannon, he has always been a loving and supportive husband, father, and friend.  I am not the most religious person and at times have had some serious negative thoughts about Christians and/or Christianity, but I have always admired how Jason consistently displays his faith in this community with his actions and in his relationships.

Sincerely,

Joel Bezinque

**Jim Darnell**

| | |
|---|---|
| **From:** | timnance5@gmail.com |
| **Sent:** | Thursday, January 12, 2023 9:36 AM |
| **To:** | Jim Darnell |
| **Cc:** | timnance5@gmail.com |
| **Subject:** | Character reference letter for Jason Owens |
| **Attachments:** | Letter for Jason Owens.pdf |

Mr. Darnell,

Please see the attached character reference letter for Jason Owens.  Please confirm receipt of the letter and contact me with

any questions.  My cell phone number is (512)217-4474 and my address is 3716 Ranch Road 1888, Blanco, Texas

78606.  Good luck on defending Jason.  He is a great man and friend!

Thank you,

Tim Nance

January 11, 2023

The Honorable Beryl A. Howell Chief Judge

United States District Court 333 Constitution Avenue, N.W.

Washington D.C., 20001

RE: Jason Douglas Owens, 21-cr-00286-BAH, Sentencing February 24, 2023

Dear Chief Judge Howell:

My name is Tim Nance, and I am writing to you as a character reference for my good friend and loved Blanco citizen Jason Owens. I have been married for 31 years and have three daughters. I have lived in Blanco, Texas for over 30 years where I served on the Blanco ISD School Board, Blanco County Fair and Rodeo Board, Blanco ISD Citizens Action Committees, various church boards, councils and committees and other local volunteer activities. I recently retired as Vice President of Member Relations for Pedernales Electric Cooperative, Inc. where I was employed for nearly 28 years.

I have known Jason and his wonderful family for the last 10 years. I met him on the steps of Blanco Elementary School with his wife and children on the first day of school we conversed for a while about community, schools, kids, faith and family. We exchanged contacts and began a kindred friendship that quickly developed into a close brother and family like relationship.

Over the last 10 years I have observed Jason as a devoted husband, father, community minded member and supporter, Christian faith based man, extremely dedicated and loyal employee and mentor to other men and young people. We have served together in a men's faith-based group on school committees and local community functions. He is a natural leader and a great person to those fortunate enough to know him and even more blessed to have him as a close friend.

Jason is an honest and trustworthy friend and an asset to the Blanco community. He is a loving father to his five children, three of which are adopted due to his desire to make the world a better place for others. Jason's reputation in Blanco is honorable and respected by all that know him. My wife and I would personally trust Jason with the health and welfare of our own children.

Lastly, I have spent countless hours discussing family, work, community, beliefs, and life with Jason. He is a good and caring person who wants to give back to this world for all the blessings he has received. Jason is one of the best and finest men I know.

Sincerely,

Timothy P. Nance

# Jim Darnell

| | |
|---|---|
| **From:** | Michelle Jacobs <jacobsfam0910@gmail.com> |
| **Sent:** | Friday, January 27, 2023 12:52 PM |
| **To:** | Jim Darnell |
| **Subject:** | Jason Owen's Letter |
| **Attachments:** | Jason Letter.docx |

Please let us know if you have any issues opening or accessing the letter.

Thank you!

The Honorable Beryl A. Howell Chief Judge
United States District Court 333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Jason Douglas Owens, 21-cr-00286-BAH, Sentencing February 24, 2023

Dear Chief Judge Howell:

My husband and I both moved to San Antonio twenty-five years ago when our parents relocated to the area. We chose to stay here to raise our children around our family and provide them with the extended family experience we both did not have growing up. We purchased our home in Bulverde and established jobs here. My husband is a pastor and I stay at home with our children and care for our son who has complex medical needs.

We are writing to the Court to speak to the character and person Jason Owens truly is, and how he has impacted our lives in a positive way during our most challenging years. We hope that you take the experiences we have had with Jason into consideration when making your decision about his future.

Jason has been a part of our lives for twelve years. We met at church when we were new, and Jason welcomed us with open arms. Our families grew close when he and his wife, Shay took us under their wings as we were beginning our journey as parents and had no idea what we were doing. Throughout the years, we have leaned on Jason for advice on many things including parenting five children, finances, marriage, and keeping our faith in times of distress. In March 2021, after supporting us through many years of medical trauma with our youngest son, Jason and Shay were the ones we called when our son was finally diagnosed with a life-threatening disorder. Jason showed up immediately, and gathered people to pray with us as we faced the days that followed. Through our fiercest storm, Jason has been a constant source of encouragement, strength, and guidance.

Not only is Jason known to our family as a strong, loving man of faith, in the community he is respected and loved for his welcoming smile and hugs. When we go out to eat in Blanco, it is rare that Jason does not know people wherever we go, and he goes out of his way to say hello to each person. When you meet Jason Owens, you meet a genuine friend you will have for life.

 Sincerely,

Jeff and Michelle Jacobs

**Jim Darnell**

| | |
|---|---|
| **From:** | Petrick, Steven <Steven.Petrick@dps.texas.gov> |
| **Sent:** | Tuesday, January 10, 2023 5:04 AM |
| **To:** | Jim Darnell |
| **Cc:** | spetrick11@yahoo.com |
| **Subject:** | Character for Jason Owens |
| **Attachments:** | JasonOwens01102023.pdf |

Mr. Darnell, please see attached letter for Jason Owens.  Feel free to contact me if there are any questions or if you want me to add or take anything out of the letter.  Please contact me at spetrick11@yahoo.com or 805-975-9755 cell.

Thank you for your time.

*Steven Petrick – Trooper*
Texas Highway Patrol – Motor Unit
Austin Capitol Patrol, 7B08
1801 N. Congress Ave, St 3.200
Austin TX 78701
O: 512.936.2213
C: 512-954-8602
F: 512.756.6372
Steven.petrick@dps.texas.gov



The Honorable Beryle A. Howell

Chief Judge United States District Court

333 Constitution Avenue, N.W. Washington, D.C. 20001


Re: Jason Douglas Owens, 21-cr-00286-BAH

Sentencing February 24, 2023


Dear Chief Judge Howell,

I am writing to offer a character witness statement on behalf of Jason Douglas Owens. I am 42 years old, a close family friend, and a resident of Blanco, Texas with Jason. I have been in law enforcement for 17 years, 15 of those years have been with the State of Texas in law enforcement. I am an Iraqi Freedom War Veteran (2003) and currently a Texas State Trooper with Highway Patrol.

I have known Jason for about six (6) years and can say with certainty that he is a kind, honest and responsible individual. In the time that I have known Jason, I have seen him as a caring and passionate person who does not engage in criminal activity. When Jason is not working, he is attending church, attending his kids' sporting events and activities, and hosting regular barbeques for his family and friends. I have attended most of these barbeques and Jason's interaction and kindness provides everyone with happiness.

I am also a coach for the Blanco High School Golf Team. Since we are a small town and school, funding for new shirts, hats, and golf bags have always been a challenge. Every year, I have always counted on Jason to help with financial means to help ease this challenge and be able to provide better equipment for the golf teams. Jason has always been willing to help those in need any way he can.

Whether Jason is working or out in the community, he has always been a positive influence and is considered a valuable member of the community. More importantly, Jason has been a loving and caring friend to my wife and me. I believe and trust that Jason is truly sorry for his mistake, and I know he will not be repeating his mistake in the future.

I respectfully ask that the court considers this statement as it makes its decision in Jason's case. I have no doubt that Jason will continue to be a valuable and positive member our community, the State of Texas and as a United States citizen. If it pleases your Honor, I will personally vouch for Jason and that he would not engage in any criminal activity in the future. Jason understands the mistake he has made, and he will not be repeating it.

Thank you for your time and consideration regarding Jason Owens case.

Sincerely,

Steve Petrick

120 Riley Wood,

Blanco, TX 78606

805-975-9755 (cell)

**Jim Darnell**

| | |
|---|---|
| **From:** | Carlos Cloyd <eccloyd@outlook.com> |
| **Sent:** | Friday, January 20, 2023 3:12 PM |
| **To:** | Jim Darnell |
| **Subject:** | Letter for Jason Owens |
| **Attachments:** | Letter, Jason Owens.pdf |

Here is a copy of my letter. A hard copy is in the mail. Mailed January 20, 2023.

Pastor Carlos Cloyd <{{{><
Blanco United Methodist Church
61 Pecan Street, POB 339
Blanco, TX 78606
eccloyd@outlook.com

"Trust in the LORD with all of your heart, and do not lean on your own understanding. In all your ways acknowledge Him, and He will make you paths straight." Proverbs 3:5-6



## Blanco United Methodist Church

*61 Pecan Street, Blanco, Texas 78606*
*P.O. Box 339*
*Edwin Carlos Cloyd, Pastor*

The Honorable Beryl A. Howell Chief Judge
United States District Court 333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Jason Douglas Owens, 21-cr-00286-BAH,
Sentencing February 24, 2023

January 20, 2023

Dear Chief Judge Howell,

Thank you for taking the time to read this letter of support for Jason Owens. I am Jason's pastor at Blanco United Methodist Church, in Blanco, Texas. I have come to know Jason and his family in the past five or six years. Jason and his family are active in our church family. Jason does our sound for our 11:15 service. Shannon, his wife sings with the Praise Team, his oldest son plays the drums, and his youngest son does the PowerPoint. They are faithful, generous, and committed to God, our church, and to helping others. Jason is a man of conviction and conscience. He has been humbled by the events that bring him before you. Although it has already cost him much in many ways, he is a better man after what he has been through. He is humble, teachable, and eager to serve.

I first met Jason and Shannon on a marriage retreat hosted by several young couples from different denominations in Blanco. I discovered that the Owens household is one of generosity and support. He regularly opens their home to family, friends, and those in need. In the past year or two he was offering support to a law enforcement officer (DPS) who needed some friendship and encouragement. Jason and Shannon have people over to their house on a regular basis.

I discovered some very moving things about their family when I dropped by Shannon's Coffee Shop looking for someone to adopt two abandoned dogs that I rescued. Two little dogs desperately needed a home. At that time the Owen's had a small coffee shop. When I went in, I noticed all this information about adoptions. I discovered that Jason and Shannon have adopted three children, in addition to their two biological ones. They have such loving hearts. They are the kind of people that do what it takes to help someone in need. When I showed them the pictures of the dogs, my job was done. Shannon's friend took them both. The Owens family themselves have made a wonderful investment in the lives of three children who needed a loving home. Their youngest daughter is six years old. She is adopted. She has some special needs which requires all the love that she can get. She really needs stability in her life. She needs her father during this time in her life.

Jason regrets the events of January 6th. While it seems to me like the perfect storm of unfortunate circumstances coming together, Jason wants to take responsibility for his actions. As a pastor, he needs to monitor himself. I have dealt with many people who slipped up on their meds. In most cases, they realize how it is affecting their behavior and make the necessary adjustments. In Jason's case, I understand the severity. You have all the information before you to make your determination. My hope is that you will consider Jason as being different than some of the radical elements that may come before you. He is not one of them. He will never allow himself to be in a situation like that again. He is an asset to his family, our community, our church, and our country.

In Christ,

*[signature]*

Carlos Cloyd, Senior Pastor

*[handwritten note]* PLEASE CALL ANY TIME IF I CAN DO ANY THING ELSE TO ASSIST IN ANY WAY. CELL 512-497-7355 *[initials]*

**Jim Darnell**

| | |
|---|---|
| **From:** | Katie McKnight <GFCMinistryAssistant2@outlook.com> |
| **Sent:** | Wednesday, January 18, 2023 10:20 AM |
| **To:** | Jim Darnell |
| **Cc:** | Pastor Mike (dad) (mburton4u@yahoo.com) |
| **Subject:** | Jason Owens Character Letter |
| **Attachments:** | Jason Owens Character letter.docx |

Good Morning,

Attached is a letter written by Dr. Mike Burton, on behalf of Jason D. Owens. Please let me know if you have any questions or need any more information.

Have a blessed day

Katie McKnight
GFC Ministry Assistant

Proverbs 3:5&6

The Honorable Beryl A. Howell

Chief Judge

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Dear Chief Judge Howell,

My name is Dr. Michael Burton, I am the Senior Pastor of a Church in Houston, Texas. I have over 42 years of ministry experience and am also a certified Christian Counselor. I also served 6 years in the Army for our great country before my ministry calling. I am writing this character reference for Jason D. Owens, who is my son-in-law. Jason has been married to my daughter Shannon for 25 years. With that being said, I have been able to observe Jason's character with a father's scrutiny like no other. I would like to speak on three areas that are most important.

First, his spiritual walk; some people talk about spirituality, very few people live out their spirituality. Jason has demonstrated genuine faith with his loving and kind spirit. He has followed the command of Jesus to love one another as Christ has loved us. His generous heart has reached out to others who have no place to stay on numerous occasions. This past Christmas he and Shannon opened their home to seven young men and women who are in the national guard and provided Christmas for them. Jason has also given much of himself and his finances to help those who are less fortunate. He has been faithful in church life, helping in any area where help is needed. He is, I am sure a blessing to his Pastor at the Blanco United Methodist Church.

The second area I would like to speak about is his moral character. I have never known Jason to do anything that would violate the principles of scripture. To my knowledge he has never been in any type of trouble at all. He has shown great respect for the rights of others. He is a gentle man, who is non-confrontational and would rather walk away than have conflict. I believe good people are known by their friends. Most people only have a couple of real friends, but Jason has many friends that he shares life with. I have met many of them, and I would consider the ones I met as good citizens. Jason has wonderful parents who taught him well on his moral compass to work hard, treat people with respect, and to do good. Jason is also a very coachable individual who quickly tries to repair any wrong that he has done. I could say much more because it is easy to talk about a person of good character. He is well respected in his community of Blanco, Texas.

The third area I would like to speak about is Jason's position as a husband, father, and family member. The number one concern of a father who has a daughter is that she will find someone who will take care of her by loving her, providing for her, and being there for her both

spiritually and practically. I could not ask for a better person to take care of my daughter as well as my grandchildren. Jason has excelled in every job he has taken. He has provided very well for his family because of his great work ethic. Many hospitals depended on his expertise in the neo-natal field to treat premature children.

As a father, he has always been there for his 5 children, 3 who are adopted. He is very loved by his children and has always had their best interest as his goal. He has given each of the three older ones the opportunity to pursue their dreams and hopes to do the same for his two younger children. He has accomplished the tough assignment of a husband and dad with chronic diabetes with which he struggles with and fights daily.

I hope you have a better insight into who Jason Owens is. I wish you could know him as well as I do. You would like what you saw. Thank you for taking the time to read this letter concerning him.

Sincerely,

Dr. Michael Burton Th.D.